NUMBER 13-00-232-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


RENE NIETO , Appellant,


v.


THE STATE OF TEXAS , Appellee.

__________________________________________________________________


On appeal from the 28th District Court

of Nueces County, Texas.

__________________________________________________________________
MEMORANDUM OPINION

Before Justices Dorsey, Hinojosa, and Rodriguez

Opinion by Justice Dorsey


Rene Nieto was convicted of murder, enhanced because of the use of a deadly weapon during commission of the murder. 
See Tex. Pen. Code Ann. § 19.02. He received a sentence of seventy years confinement. Nieto wishes to appeal his
conviction and sentence and has filed a timely notice of appeal with this Court. 

However, Nieto's court-appointed counsel has filed a brief in which counsel has concluded that an appeal would be wholly
frivolous and without merit. See Anders v. California, 386 U.S. 738 (1967). Counsel provided a copy of this brief to
Nieto, and certified to this Court that he has advised Nieto of his right to file a pro se supplemental brief. Thirty days have
elapsed and no such brief has been filed.

We have thoroughly reviewed the record as mandated by Anders and we agree with counsel that any appeal of this matter
would be wholly frivolous. See Anders, 386 U.S. at 744-45 (requiring the appellate court to conduct a full examination of
all proceedings to determine whether it agrees with counsel's determination that any appeal would be wholly frivolous). 
Accordingly, we affirm the judgment of the trial court and grant counsel's motion to withdraw from this representation.



______________________________

J. BONNER DORSEY,

Justice



Do not publish .

Tex. R. App. P. 47.3(b).



Opinion delivered and filed

this 23rd day of August, 2001.